NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


NELSON IVAN DEL VALLE NAZARIO, )
 )
      Appellant, )
 )
v. )    Case No. 2D18-1133
 )
STATE OF FLORIDA, )
 )
      Appellee. )
_____ )

Opinion filed June 28, 2019.

Appeal from the Circuit Court for
Hillsborough County; Mark Wolfe, Judge.

Howard L. Dimmig, II, Public Defender, and
J.L. "Ray" LeGrande, Special Assistant
Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Kiersten E. Jensen,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


      Affirmed.


CASANUEVA, VILLANTI, and LUCAS, JJ., Concur.